File et
REC'VD 08 FEB '22 10:51 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Eugene_ DIVISION

Brito Antonio

*(Enter full name of plaintiff)*

Plaintiff,

v.

DeWayne Hendrix, (Warden
FCI Sheridan

_____

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:22-CV-00206-IM
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒Yes    ☐No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**         Name: Brito Antonio
                      Street Address: P.O Box 5000
                      City, State & Zip Code: Sheridan OR 97378
                      Telephone No.: None

Complaint for Violation of Civil Rights (Prisoner Complaint)                     1
[Rev. 01/2018]

**Defendant No. 1**    Name: _DeWayne Hendrix, Warden_
Street Address: _P.O.Box 5000_
City, State & Zip Code: _Sheridan OR 97378_
Telephone No.: _None_

**Defendant No. 2**    Name: _FCI Sheridan_
Street Address: _P.O Box 5000_
City, State & Zip Code: _Sheridan OR 97378_
Telephone No.: _None_

**Defendant No. 3**    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**    Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Violated my Constitutional Citizens Rights to be Free from Inhumane Treatment and Cruel and unusal punishment

### III. STATEMENT OF CLAIMS

#### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

The FCI Sheridan Medical Department is not giving us any medical treatment and the Warden wong help us or responsed to our Cop-Out and The Administration Remedy are unavailable to us to file Grievances and no access to any legal forms or the Law-Library

#### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

I have been suffering from my medical conditions and mentel heatth

Complaint for Violation of Civil Rights (Prisoner Complaint)                              3
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☐ Yes          ☒ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

The Administrative Grievances forms are unavailable to me we have been on Covid-19 Lockdown for over 18 months with no access to Law Library or any Legal forms I am asking the court for Early Release or 500.000 dollars

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of _____, 20___

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]